ion filed December 31, 1934.

Jacob Kosbie and Davidson & Tierney, for appellant. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Meyer W. Rosin, defendant in error, v. Bernard F. Weber, plaintiff in error. Gen. No. 37,409.

filed December 31, 1934. Rehearing denied January 12, 1935.

Ernest Saunders, for plaintiff in error. Joe A. Pearce, Leonard F. Carmody and Leon Weiss, for defendant in error.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Charles N. Scherer, appellant, v. Greenebaum Sons Investment Company, appellee. Gen. No. 37,583.

Opinion filed December 31, 1934.

Shulman, Shulman & Abrams, for appellant; Meyer Abrams, of counsel. Poppenhusen, Johnston, Thompson & Cole, for appellee; Edward J. Fleming and Henry G. O'Donnell, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Chicago Title and Trust Company and Frank Benjamin, plaintiffs in error, v. Margaret N. Collins and Metropolitan Trust Company, defendants in error. Gen. No. 36,907.

Opinion filed December 31, 1934. Rehearing denied January 12, 1935.

Hugh O'Neill and Hugh O'Neill, Jr., for certain plaintiff in error. Barthell & Rundall, for certain defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

The People of the State of Illinois ex rel. John S. Rusch, defendant in error, v. Simon Mann et al., respondents, Simon Mann et al., plaintiffs in error. Gen. No. 37,259.

Opinion filed December 31, 1934.

Simon Herr, for plaintiffs in error.   Thomas J. Courtney, State's Attorney, for defendant in error; John F. Cashen, Jr., of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

The People of the State of Illinois ex rel. John S. Rusch, defendant in error, v. Simon Mann et al., respondents.   Ida Rosenberg and Mollie Talbot, plaintiffs in error.   Gen. No. 37,267.

Opinion filed December 31, 1934.

Simon Herr, for plaintiffs in error.   Thomas J. Courtney, State's Attorney, for defendant in error; John F. Cashen, Jr., of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Anna Snyder, appellee, v. The Prudential Insurance Company of America, appellant.   Gen. No. 37,456.

Opinion filed December 31, 1934.  ·Rehearing denied January 12, 1935.

Hoyne, O'Connor & Rubinkam, for appellant.   Charles C. Cooley and Orion I. Bingaman, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Julius Luhrsen, administrator of the estate of Alfred L. Muller, deceased, appellee, v. John Marcus and Frank W. Glen, appellants. Gen. No. 37,485.

Opinion filed December 31, 1934.

Cassels, Potter & Bentley, for appellants; Ralph F. Potter and Kenneth B. Hawkins, of counsel.   Crahen, Sullivan, O'Toole & Sullivan, for appellee; John E. Crahen, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Thomas McGreal, administrator of the estate of Francis Patrick McGreal, deceased, plaintiff in error, v. John Tiberi, trading as Brighton Paving Company, defendant in error.   Gen. No. 37,502.